UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:23-cr-389-WFJ-AEP

LENARD WHITE JR.
  a/k/a "Len"
  a/k/a "Stick"
  a/k/a "Michael Williams"
SHELDON ROBINSON
  a/k/a "Poboy"
KESHAWN WOODS
JANET WILLIAMS

18 U.S.C. § 1958(a)
18 U.S.C. §§ 924(c)(1)(A)(iii), 924(j)(1)
18 U.S.C. §§ 1959(a)(3)
21 U.S.C. §§ 846 and 841(b)(1)(C) and (D)
18 U.S.C. §§ 922(g)(1)
18 U.S.C. § 1512(b)(3)
18 U.S.C. § 1001(a)(2)

SEALED
FILED - USDC - FLMD - TPA
OCT 25 2023 PM4:23

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Conspiracy to Commit Murder for Hire)

Beginning on an unknown date, but no later than in or about February 5, 2023, and continuing through on or about the date of this indictment, in the Middle District of Florida, and elsewhere, the defendants,

LENARD WHITE JR.,
a/k/a "Len,"
a/k/a "Stick,"
a/k/a "Mike Williams,"
SHELDON ROBINSON,
a/k/a "Poboy," and
KESHAWN WOODS,

and others, both known and unknown to the Grand Jury, did intentionally conspire to use and caused another person to use, any facility of interstate or foreign

commerce, with the intent that the murder of another person be committed in violation of the laws of the state of Florida, as consideration for a promise and agreement to pay money and other items of pecuniary value. The foregoing resulted in the death and murder of I.S. on or about February 8, 2023, in the Middle District of Florida.

In violation of 18 U.S.C. § 1958(a).

## COUNT TWO
### (Murder for Hire)

On or about February 7, 2023, in the Middle District of Florida, and elsewhere, the defendants,

> LENARD WHITE JR.,
> a/k/a "Len,"
> a/k/a "Stick,"
> a/k/a "Mike Williams,"
> SHELDON ROBINSON,
> a/k/a "Poboy," and
> KESHAWN WOODS,

while aiding and abetting each other and other persons, both known and unknown to the Grand Jury, did use and caused another person to use, any facility of interstate or foreign commerce, with the intent that the murder of another person be committed in violation of the laws of the State of Florida, as consideration for a promise and agreement to pay money and other items of pecuniary value. The foregoing resulted in the death and murder of I.S. on or about February 8, 2023, in the Middle District of Florida.

In violation of 18 U.S.C. § 1958(a) and 18 U.S.C. § 2.

## COUNT THREE
### (Use of a Firearm During and in Relation to a Crime of Violence, Causing the Death of I.S.)

On or about February 7, 2023, in the Middle District of Florida, and elsewhere, the defendants,

> LENARD WHITE JR.,
> a/k/a "Len,"
> a/k/a "Stick,"
> a/k/a "Mike Williams,"
> SHELDON ROBINSON,
> a/k/a "Poboy," and
> KESHAWN WOODS,

while aiding and abetting each other and other persons, both known and unknown to the Grand Jury, did knowingly possess a firearm in furtherance of, and did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence for which the defendants may be prosecuted in a Court of the United States—namely, the murder for hire alleged in Count Two of this Indictment. In the course of the crime alleged in Count Two, the defendants caused the death of I.S. through the use of the firearm, the killing of whom was murder, as defined in 18 U.S.C. § 1111, in that it was committed with premeditated intent, with malice aforethought, and in the course of the murder for hire.

In violation of 18 U.S.C. §§ 924(j)(1), and 2.

## SPECIAL FINDINGS AS TO LENARD WHITE, SHELDON ROBINSON AND KESHAWN WOODS

1. Count Three of the Indictment is re-alleged and incorporated by reference as though fully set forth herein.

2. As to Count Three of this Indictment, alleging use of a firearm during and in relation to a crime of violence, causing death, the defendants,

> LENARD WHITE JR.,
> a/k/a "Len,"
> a/k/a "Stick,"
> a/k/a "Mike Williams,"
> SHELDON ROBINSON,
> a/k/a "Poboy," and
> KESHAWN WOODS,

a. were 18 years of age or older at the time of the offense;

b. intentionally killed the victim, I.S. (18 U.S.C. § 3591(a)(2)(A));

c. intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force could be used in connection with a person, other than one of the participants in the offenses, and the victim, I.S. died as a direct result of the act (18 U.S.C. § 3591(a)(2)(C));

d. intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life, and the victim, I.S., died as a direct result of the act (18 U.S.C. § 3591(a)(1)(D));

e. in commission of the offense, knowingly created a grave risk of death to one or more persons in addition to the victim of the offense (18 U.S.C. § 3592(c)(5));

f. committed the offense as consideration for the receipt, or in the expectation of the receipt, of anything of pecuniary value 18 U.S.C. § 3592(c)(8)), and

g. committed the offense against a vulnerable victim due to age, youth, or infirmity. 18 U.S.C. § 3592(c)(11)).

## COUNT FOUR
### (Use of a Firearm During and in Relation to a Crime of Violence)

On or about February 7, 2023, in the Middle District of Florida, and elsewhere, the defendants,

> LENARD WHITE JR.,
> a/k/a "Len,"
> a/k/a "Stick,"
> a/k/a "Mike Williams,"
> SHELDON ROBINSON,
> a/k/a "Poboy," and
> KESHAWN WOODS,

while aiding and abetting each other and other persons, both known and unknown to the Grand Jury, did knowingly use, carry, brandish, and discharge a firearm, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, Murder for Hire, as charged in Count Three of this Indictment.

In violation of 18 U.S.C. §§ 924(c)(1)(A)(iii) and 2.

## COUNT FIVE
### (Conspiracy to Distribute Controlled Substances)

Beginning on an unknown date, but no later than in or about July 2022, and continuing through on or about February 7, 2023, in the Middle District of Florida, and elsewhere, the defendants,

LENARD WHITE JR.,
a/k/a "Len,"
a/k/a "Stick,"
a/k/a "Mike Williams," and
SHELDON ROBINSON,
a/k/a "Poboy,"

did knowingly and willfully conspire with each other and other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance and a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C) and (D).

## COUNT SIX
### (Felon in Possession of a Firearm)

Between on or about February 5, 2023, and September 20, 2023, in the Middle District of Florida, the defendant,

SHELDON ROBINSON,
a/k/a "Poboy,"

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offenses:

1) Possession of a Weapon or Firearm on School Property, on or about July 23, 2021;

2) Grand Theft, on or about July 23, 2021, and

3) Battery by a Detained Person, on or about July 23, 2021,

did knowingly possess, in and affecting interstate commerce, a firearm and ammunition, that is, a Smith and Wesson, M&P 9-millimeter firearm and rounds of PMC 9-millimeter and Sig Saur 9- millimeter ammunition.

In violation of 18 U.S.C. §§ 922(g)(1).

## COUNT SEVEN
### (Tampering with a Witness)

On or about July 9, 2023, in the Middle District of Florida, and elsewhere, the defendant,

>           LENARD WHITE JR.,
>             a/k/a "Len,"
>            a/k/a "Stick,"
>         a/k/a "Mike Williams,"

while aiding and abetting each other and other persons, both known and unknown to the Grand Jury, did knowingly attempt to intimate, threaten, corruptly persuade and engage in misleading conduct towards K.W., with the intent to hinder, delay, and prevent the communication to a law enforcement officer of information relating to the possible commission of a federal offense.

In violation of 18 U.S.C. §§ 1512(b)(3) and 2.

## COUNT EIGHT
### (Tampering with a Witness)

Between on or about August 18, 2023, and August 23, 2023, in the Middle District of Florida, and elsewhere, the defendant,

SHELDON ROBINSON,
a/k/a "Poboy,"

did knowingly attempt to intimate, threaten, corruptly persuade and engage in misleading conduct towards K.W., with the intent to hinder, delay, and prevent the communication to a law enforcement officer of information relating to the possible commission of a federal offense.

In violation of 18 U.S.C. § 1512(b)(3).

## COUNT NINE
### (Obstruction of Justice)

Between on or about August 18, 2023, and August 23, 2023, in the Middle District of Florida, and elsewhere, the defendants,

LENARD WHITE JR.,
a/k/a "Len,"
a/k/a "Stick,"
a/k/a "Mike Williams," and
SHELDON ROBINSON,
a/k/a "Poboy,"

while aiding and abetting each other and other persons, both known and unknown to the Grand Jury, did knowingly and corruptly endeavor to obstruct and impede the

8

due administration of justice in a pending grand jury proceeding in the United States District Court for the Middle District of Florida, *United States v. Lenard White,* by attempting to have K.W. change his statement to law enforcement.

All in violation of 18 U.S.C. §§ 1503(a) and 2.

## COUNT TEN
**(Obstruction of Justice)**

Between on or about July 2023, and continuing through on or about the date of this indictment, in the Middle District of Florida, and elsewhere, the defendant,

LENARD WHITE JR.,
a/k/a "Len,"
a/k/a "Stick,"
a/k/a "Mike Williams,"

did knowingly and corruptly endeavor to obstruct and impede the due administration of justice in a pending grand jury proceeding in the United States District Court for the Middle District of Florida, *United States v. Lenard White,* by attempting to have S.R. lie and not speak to law enforcement.

All in violation of 18 U.S.C. §§ 1503(a) and 2.

## COUNT ELEVEN
**(False Statement)**

On or about August 9, 2023, in the Middle District of Florida, the defendant,

JANET WILLIAMS,

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive

branch of the Government of the United States, by stating to a Special Agent of the Bureau of Alcohol, Tobacco, Firearms, and Explosives that she was not aware of Sheldon Robinson having any money in her residence, an individual who was being investigated for murder. The statement and representation were false because, as the defendant then and there knew, she had personally found and retrieved thousands of dollars that belonged to Sheldon Robinson from her home.

In violation 18 U.S.C. § 1001(a)(2).

## COUNT TWELVE
### (False Statement)

On or about September 20, 2023, in the Middle District of Florida, the defendant,

JANET WILLIAMS,

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by stating to a Special Agent of the Bureau of Alcohol, Tobacco, Firearms, and Explosives that she was not aware of Sheldon Robinson having any money in her residence, an individual who was being investigated for murder. The statement and representation were false because, as the defendant then and there knew, she had personally found and retrieved thousands of dollars that belonged to Sheldon Robinson from her home.

In violation 18 U.S.C. § 1001(a)(2).

## COUNT THIRTEEN
### (False Statement)

On or about September 20, 2023, in the Middle District of Florida, the defendant,

JANET WILLIAMS,

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by stating to a Special Agent of the Bureau of Alcohol, Tobacco, Firearms, and Explosives that she had not seen Sheldon Robinson with a firearm, nor had Sheldon Robinson showed her a firearm, an individual who was being investigated for murder. The statement and representation were false because, as the defendant then and there knew, she had personally observed Sheldon Robinson possessing firearms.

In violation 18 U.S.C. § 1001(a)(2).

## FORFEITURE

1.  The allegations contained in Counts One through Thirteen of this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c).

2.  Upon conviction of the violation of 18 U.S.C. § 1958, the defendants,

LENARD WHITE,
a/k/a "Len,"
a/k/a "Stick,"
a/k/a "Mike Williams,"

11

SHELDON ROBINSON,
a/k/a "Poboy,"
KESHAWN WOODS, and
JANET WILLIAMS,

shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense and, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms involved in the offense.

3. Upon conviction of a violation of 18 U.S.C. § 1512, the defendants,

LENARD WHITE,
a/k/a "Len,"
a/k/a "Stick,"
a/k/a "Mike Williams,"
SHELDON ROBINSON,
a/k/a "Poboy,"
KESHAWN WOODS, and
JANET WILLIAMS,

shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

4. Upon conviction of a violation of 18 U.S.C. §§ 922 and/or 924, the defendants,

LENARD WHITE,
a/k/a "Len,"
a/k/a "Stick,"
a/k/a "Mike Williams,"
SHELDON ROBINSON,
a/k/a "Poboy,"

>KESHAWN WOODS, and
>JANET WILLIAMS,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in the offense.

   5. Upon conviction of a violation of 21 U.S.C. §§ 846 and/or 841, the defendants,

>LENARD WHITE,
>a/k/a "Len,"
>a/k/a "Stick,"
>a/k/a "Mike Williams,"
>SHELDON ROBINSON,
>a/k/a "Poboy,"
>KESHAWN WOODS, and
>JANET WILLIAMS,

shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

   6. Upon conviction of a violation of 18 U.S.C. § 1503, the defendants,

>LENARD WHITE,
>a/k/a "Len,"
>a/k/a "Stick,"
>a/k/a "Mike Williams,"
>SHELDON ROBINSON,
>a/k/a "Poboy,"

13

KESHAWN WOODS, and
JANET WILLIAMS,

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

  7. The property to be forfeited includes, but is not limited to, an order of forfeiture in the amount of proceeds obtained from the offenses.

  8. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), directly and as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Diego F. Novaes
Assistant United States Attorney

By: _____
James C. Preston, Jr.
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

FORM OBD-34
October 234

No. 8:23-cr-389-WFJ-AEP

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division



THE UNITED STATES OF AMERICA

vs.

LENARD WHITE
a/k/a "Len"
a/k/a "Stick"
a/k/a "Michael Williams"
SHELDON ROBINSON
a/k/a "Poboy"
KESHAWN WOODS
JANET WILLIAMS

## INDICTMENT

Violations: 18 U.S.C. § 1958(a); 18 U.S.C. §§ 924(c)(1)(A)(iii), 924(j)(1);
18 U.S.C. §§ 1959(a)(3); 21 U.S.C. §§ 846 and 841(b)(1)(C) and (D); 18 U.S.C. §§ 922(g)(1);
18 U.S.C. § 1512(b)(3); 18 U.S.C. § 1001(a)(2)

A true bill,



Foreperson

Filed in open court this 25 day of October, 2023.

_[signature]_
Clerk

Bail $ _____

GPO 863 525