IN THE CIRCUIT COURT OF THE
FIFTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA,
IN AND FOR HERNANDO COUNTY

STATE OF FLORIDA

vs.

Hernando County Sheriff's Office
2023-04346

## ORDER

**THIS CAUSE** coming before this Court on the Application filed by **Detective Jill Jimenez,** a detective for the Criminal Investigation Division of the Hernando County Sheriff's Office, and the Court being advised that the sealing of this Application and Order is imperative in maintaining the integrity of the ongoing investigation, it is therefore

**ORDERED AND ADJUDGED** that the Search Warrant, Affidavit, and Inventory and Return for Search Warrant be sealed by the Clerk of the Court until such time a court having proper jurisdiction amends this order.

**DONE AND ORDERED** in Chambers, for Hernando County, Brooksville, Florida, this **9th** day of **February, 2023.**

*Barbara Jo Bell*
**CIRCUIT COURT JUDGE**

DISC-047849

# IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
# IN AND FOR HERNANDO COUNTY, FLORIDA

## SEARCH WARRANT

**STATE OF FLORIDA**
**COUNTY OF HERNANDO**

IN THE NAME OF THE STATE OF FLORIDA, TO ALL AND SINGULAR THE SHERIFF AND/OR DEPUTY SHERIFFS OF HERNANDO COUNTY AND ALL OTHER AUTHORIZED OFFICERS:

**Whereas,** complaint under oath and in writing supported with an Affidavit by a credible witness has been made before the undersigned Circuit Judge of Hernando County, Florida and

That the laws of the State of Florida, to wit: the laws against Murder of Florida State Statute Chapter 782 have been violated within a cell phone in black case currently located at the Hernando County Sheriff's Office, Digital Evidence Section, 18900 Cortez Boulevard, Brooksville, Florida 34601 in Hernando County.

Photographs of the cell phone in black case:



The **Search** is to include the above cell phone in brownish colored clear case currently located at the Hernando County Sheriff's Office, Evidence Section, 18900 Cortez Boulevard, Brooksville, Florida, 34601 which was believed to be utilized by **LENARD WHITE JR. B/M DOB 11/05/1986, SSN 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.**

Page 1 of 3

**And** the facts tending to establish grounds for search are set forth in an Affidavit of Detective Jill Jimenez who states that she has probable cause to believe and has shown that the laws of the State of Florida are being violated, to wit:

The laws against Murder are being violated in the aforementioned cell phone. Furthermore, Affiant has shown that probable cause has been established in the Affidavit to show that evidence of the crime of Murder, including but not limited to call logs for incoming and outgoing calls, text messages, social media content, cellular device apps and application data, calendar events/reminders, videos/pictures and related metadata, voicemails, internet history to include - stored passwords, favorites and browser cache, GPS locations, stored WiFi connections, email content, voice recordings, or any other digital content, also to include any installed flash media and sim cards.

Your Affiant is aware that the recovery of data by a computer forensic analyst takes significant time, and much the way recovery of narcotics must later be forensically evaluated in a lab, digital evidence will also undergo a similar process and likely take more than 10 days. For this reason, the "return" inventory will contain a list of only the tangible items examined. Unless otherwise ordered by the Court, the return will not include evidence later examined by a forensic analyst.

Now therefore, this is to command Detective Jill Jimenez and deputies of the Hernando County Sheriff's Office, with such lawful assistance as may be necessary, are hereby commanded in the daytime or in the nighttime or on Sunday to enter the said cell phone and then and there to search diligently for all said evidence of the crime of Murder, including but not limited to call logs for incoming and outgoing calls, text messages, social media content, cellular device apps and application data, calendar events/reminders, videos/ pictures and related metadata, voicemails, internet history to include - stored passwords, favorites and browser cache, GPS locations, stored WiFi connections, email content, voice recordings, or any other digital content, also to include any installed flash media and sim cards, described in this warrant, and if same or any part thereof be found on said cell phone, you are hereby authorized to seize and

DISC-047851

secure the same to make return of your doings under this warrant to the undersigned within ten (10) days from the date hereof, and you are likewise commanded in the event you seize to take property or materials mentioned in this warrant to safely keep the same until otherwise ordered by a court having jurisdiction thereof, and that you give proper receipts for said property and deliver a copy of this warrant to the person from whom taken or in whose possession it is found or in the absence of any such person to leave said copy in the place where said property or material was found, and you are further directed to bring all evidence of the crime, including but not limited to call logs for incoming and outgoing calls, text messages, social media content, cellular device apps and application data, calendar events/reminders, videos/ pictures and related metadata, voicemails, internet history to include - stored passwords, favorites and browser cache, GPS locations, stored WiFi connections, email content, voice recordings, or any other digital content, also to include any installed flash media and sim cards, if found, before the Honorable Circuit Judge of the Fifth Judicial Circuit.

**Witness** my hand and official seal this **9th** day of **February, 2023**.



_Barbara Jo Bell_
**CIRCUIT JUDGE FIFTH JUDICIAL**
**CIRCUIT COURT OF FLORIDA**

DISC-047852

## IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
## IN AND FOR HERNANDO COUNTY

### AFFIDAVIT AND APPLICATION FOR A SEARCH WARRANT

### STATE OF FLORIDA
### COUNTY OF HERNANDO

Before me, __Barbara Jo Bell__ the undersigned Circuit Judge of the Fifth Judicial Circuit of the State of Florida in and for Hernando County, Florida, personally appeared Detective Jill Jimenez, detective for the Major Case Section. Your Affiant, Detective Jill Jimenez, was a reserve officer for the City of Homestead Police Department and held the rank of police officer for eight months. Affiant also was a City of Hialeah Police Department police officer for eleven years and worked patrol duties for two years, undercover duties in the Narcotics Unit for two years, and detective duties for seven years where I was assigned to investigate Domestic Violence cases, Crimes Against Children, and sexual predators/offenders. Your Affiant is currently assigned to the Major Case Section of the Hernando County Sheriff's Office and has received specialized training in Counter Drug Investigations, Street Level Drug Enforcement, Investigative Interviews, Homicide Investigations, Sex Crimes Investigations, Advanced Human Trafficking Techniques for Human Trafficking Investigations, Crime Scene Reconstruction, and Shooting Incident Reconstruction. Affiant, who after having been sworn, deposes and says:

That the laws of the State of Florida, to wit: the laws against Murder of Chapter 782 of the Florida State Statutes have been violated within the following cell phone in black case located at the Hernando County Sheriff's Office, Digital Evidence Section, 18900 Cortez Boulevard, Brooksville, Florida, 34601 in Hernando County.

Photographs of cell phone in a black case are shown below:



The **Search** is to include the above cell in a black case phone currently located at the Hernando County Sheriff's Office, Evidence Section, 18900 Cortez Boulevard, Brooksville, Florida, 34601 which was believed to be utilized by **LENARD WHITE JR. B/M DOB 11/05/1986, SSN 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**. The search to include the cell phone by reason of the following facts:

Your Affiant has knowledge that on February 7th, 2023 at approximately 23:29 the Hernando County Sheriff's Dispatch Center received a 911 call from a cell phone belonging to La Shawn Pope B/F 10/14/1966 who had been shot along with her minor daughter Isabela Scavelli B/F DOB 08/19/2005.

Patrol deputies arrived and were told by La Shawn and others in the house that they were awoken by knocking on the front door of their house at 27135 Fernery Avenue, Brooksville, Florida, 34601 in Hernando County. La Shawn asked who was at the door and La Shawn thought that the knocker said "Jay Waddy". La Shawn opened the door to speak to the knocker and as she did shots rang out and she and Isabella were struck by bullets fired into the home.

Paramedics from the Hernando Fire and Rescue arrived and began to treat La Shawn and Isabella for gunshot wounds to the bodies. Eventually Isabella Scavelli was determined to be in critical condition and was flown from the scene to Bayonet Point Hospital and Trauma Center. La Shawn was transported to Brooksville Bravera Hospital Emergency room via ground transportation, but shortly after arrival she was also flown to Bayonet Point Trauma Center. Isabella Scavelli died at the Bayonet Point Trauma Center as a result of the gunshot wounds she sustained, La Shawn Pope remains at Bayonet Point Trauma center in critical condition from multiple gunshot wounds.

DISC-047854

A Hernando County Sheriff's K-9 deputy and handler responded to the shooting scene. They conducted a scent track from the front door area of 707 Hazel Avenue through the backyard and down a dry retention furrow to the south, the trail then crossed the property of White & Sonz Tire shop (724 Brooksville Avenue) and came out next to the west curb line of Brooksville Avenue. This business is owned by **LENARD WHITE JR**. The K-9 alerted to and attempted to pick up a Red Nike Air Force high top tennis shoe in the tree lawn. The K-9 handler interpreted this to mean the shoe had fallen off the foot of the suspect. The shoe was later collected by Hernando Sheriff's Forensics technicians.

The Hernando Sheriff's Office had a stationary license plate reader at Dr. Martin Luther King Jr Blvd and Muhammad Ali Way, which is 0.3 miles east of the Hazel Avenue and the crime scene. The 911 call came in at 23:29:06, and at 23:31:04 the reader captured FL license plate ZB19NV driving west on Dr. MLK Blvd. The plate ZB91NV is registered to Brent Pangburn Jr. of 27287 Dale Avenue, Brooksville Florida. Deputies went to the Dale Avenue address but did not find the Red Chevrolet Blazer, they surveilled the neighborhood and found a red Blazer at 27135 Fernery Avenue, a street in the same neighborhood. Deputies made contact with Brent Pangburn and he stated that he had loaned the vehicle to "K" a kid that lives at 27135 Fernery Avenue. Deputies familiar with the Fernery address said that "K" was a nickname for Keshawn B Woods (B/M, 07/21/2001). Deputy's approached the Blazer and saw a Red Nike High top tennis shoe in the rear hatch area that appeared very similar to the one that was collected on the west side of Brooksville Avenue earlier. When deputies approached the residence at 27135 Fernery, they found that Keshawn Woods was inside the house. Keshawn was detained and brought to the main office to be interviewed.

During the interview with Keshawn, he admitted to his involvement of the shooting as being the driver of the vehicle. Keshawn advised that he was asked by a subject known to him as "Po Boy" who was later identified as Sheldon Robinson (B/M, DOB 04/14/2002) to take him to the area of Hazel Avenue as he had some business to handle. Keshawn explained that he did not ask questions and took Sheldon along with Willie Bates to the area. Keshawn advised that after dropping Sheldon off, he heard gunfire a short time later and Sheldon returned to the vehicle. Forensic technicians also collected 10 9mm shell casing from around the door of 707 Hazel Avenue, where La Shawn Pope stated that she and Isabella had been shot.

DISC-047855

A records check of both La Shawn and Isabella showed that on February 6th, 2023 La Shawn filed a Sexual Battery report on behalf of her daughter Isabella. In that case **LENARD WHITE JR** B/M DOB 11/05/1986 was accused of having sexual relations with Isabella in violation of Florida Statute 794.05 Sexual Activity with a certain Minor child. This complaint was documented in Hernando County Sheriff's Office case number 2023-04139.

On February 9, 2023 Sheldon was located and brought to the Hernando County Sheriff's Office for an interview. Post Miranda Sheldon requested an attorney and provided no information. Detective Kevin Keiper did obtain a Search Warrant for Sheldon's person to recover any evidence pertaining to the Murder. Sheldon's cell phone was also recovered from him at the time of the interview.

Post Miranda **LENARD WHITE JR.** stated he was aware of the sex offense allegations made against him. **LENARD WHITE JR.** advised he did come the Hernando County Sheriff's Office when the victim and her mother came to report the incident. He was concerned deputies would automatically believe Isabella's statement and arrest him so he left to Georgia with a friend. Once in Georgia he learned of the shooting and immediately returned to Hernando County.

**LENARD WHITE JR.** denied the sexual abuse allegations and said false allegations had previously been made against him. He also denied having any involvement in the shooting and claims to have been in Georgia when it happened. **LENARD WHITE JR.** confirmed Sheldon Robinson is his cousin and denied sending him to harm the victims. He claimed that he has not had contact in person, phone, or text with Sheldon for some time. **LENARD WHITE JR.** gave permission for a search of his cell phone, but based on the nature of the charges and LENARD WHITE JR. not being present while the search of the cell phone is conducted to be able to withdraw consent to the search a Search Warrant will be applied for **LEONARD WHITE JR.** cell phone.

Based on this information it is believed that Sheldon was sent to the residence on Hazel Avenue by the aforementioned **LENARD WHITE JR.** with the intentions harming the occupants in the home.

The laws against Murder are being violated in the aforementioned cell phone. Furthermore, Affiant has shown that probable cause has been established in the Affidavit to show that evidence of the crime of Murder, including but not limited to call logs for incoming

4

and outgoing calls, text messages, social media content, cellular device apps and application data, calendar events/reminders, videos/pictures and related metadata, voicemails, internet history to include - stored passwords, favorites and browser cache, GPS locations, stored WiFi connections, email content, voice recordings, or any other digital content, also to include any installed flash media and sim cards.

Based on training and experience, your Affiant knows that digital computing devices will be found during the search. Your Affiant knows from training and experience that Apple Inc., Motorola, HTC, and Samsung, among other companies, produce devices that can be unlocked by the user with a numerical or an alpha-numerical password, or, for some newer versions of the devices, with a fingerprint placed on a fingerprint sensor. Each company has a different name for its fingerprint sensor feature; for example, Apple's is called "Touch ID." Once a user has set up the fingerprint sensor feature in the security settings of the device, the user can unlock the device by placing a finger or thumb on the device's fingerprint sensor. If that sensor recognizes the fingerprint or thumbprint, the device unlocks.

Your Affiant is aware that the recovery of data by a computer forensic analyst takes significant time, and much the way recovery of narcotics must later be forensically evaluated in a lab, digital evidence will also undergo a similar process and likely take more than 10 days. For this reason, the "return" inventory will contain a list of only the tangible items examined. Unless otherwise ordered by the Court, the return will not include evidence later examined by a forensic analyst.

Whereas, it is prayed that a search warrant be issued for the above described cell phone to seize all evidence of the crime of Murder including but not limited to call logs for incoming and outgoing calls, text messages, social media content, cellular device apps and application data, calendar events/reminders, videos/pictures and related metadata, voicemails, internet history to include - stored passwords, favorites and browser cache, GPS locations, stored Wi-Fi connections, email content, voice recordings, or any other digital content, also to include any installed flash media and sim cards.

**Additionally,** it is prayed that a Search Warrant be issued for the above-described cell phone and to maintain the integrity of the investigation and the privacy of the concerned parties it is requested that said affidavit and warrant be sealed until further order of the court.

DISC-047857

<u>Det Jill Jimenez  902</u>
**AFFIANT Detective Jill Jimenez HCSO #902**

Sworn to and subscribed before me in my presence this **9th** day of **February, 2023**.

<u>Barbara Jo Bell</u>
**CIRCUIT JUDGE FIFTH JUDICIAL**
**CIRCUIT COURT OF FLORIDA**

Having considered the above facts, I find that probable cause exists and a Search Warrant is hereby allowed and issued.

<u>Barbara Jo Bell</u>
**CIRCUIT JUDGE FIFTH JUDICIAL**
**CIRCUIT COURT OF FLORIDA**

6

DISC-047858

## INVENTORY AND RETURN

**RECEIVED** this search warrant on the 9th day of February, 2023, and executed the same on the 9th day of February, 2023, at approximately 1300 hours by delivering a true copy thereof to Lenard White Jr.'s (B/M, DOB 11/05/1986) cell phone located at the Hernando County Sheriff's Office, Digital Evidence Section, 18900 Cortez Boulevard, Brooksville, Fl 34601 and at the time showing this original search warrant to Lenard White Jr.'s (B/M, DOB 11/05/1986) cell phone located at the Hernando County Sheriff's Office, Digital Evidence Section, 18900 Cortez Boulevard, Brooksville, Fl 34601and explaining to the contents thereof, and by making diligent search as herein directed, upon which I received:

1) Expected to retrieve data

   Suspect:   Lenard White Jr.'s (B/M, DOB 11/05/1986)
   Charge:    Sexual Battery

I, Detective Jill Jimenez, the officer by whom this warrant was executed do swear that the above inventory contains a true and detailed account of all items taken by me on said warrant.

_Det J Jimenez 902_
Executing Officer's Signature

**SWORN** to and subscribed before me this **9th** day of **February, 2023**.

The foregoing instrument was acknowledged before me, **by means of** ☒ **physical presence or** ☐ **online notarization**, this 9 day of Feb, 2023, by

Jill Jimenez

Cindy S Jost
Notary Public

CINDY L. JOST
Commission # HH 236262
Expires March 21, 2026

My Commission Expires: March 21, 2026

DISC-047859