UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

United States of America,

    Plaintiff,

v.

Lenard White,

    Defendant.

Case No. 8:23-cr-00389-WFJ-AEP

## ORDER

This matter comes before the Court upon Defendant Lenard White's motion for approval for members of the defense team to bring their laptop computers and cellular phones into the courthouse to assist with the continuing trial preparation throughout the pendency of the trial currently scheduled to commence tomorrow October 14th 2025 and to last for approximately three weeks. The Court, having considered the motion and being fully advised in the premises, it is hereby GRANTED.

Accordingly, it is hereby ORDERED that the following members of the Lenard White defense team will be authorized to bring their cellphones and laptops to the courthouse:

    a)    Madeline Waterfield – Legal Intern;
    b)    Herbert Duzant – Investigator; and
    c)    Kevin Tate – Co-counsel. (Mr. Tate is included because he is not licensed in the State of Florida)

**DONE AND ORDERED** in Tampa, Florida on October 13, 2025.

ELECTRONICALLY SIGNED BY JUDGE JUNG
U.S. District Judge

/S/ WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

FOR QUESTIONS, CALL CINDY AT CHAMBERS EXT. 5220

Copies to:
All parties
Court Security