UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                               CASE NO. 8:23-cr-389-WFJ-AEP

LENARD WHITE

**VERDICT**

**Count One of the Superseding Indictment**

1. As to the offense of conspiracy to commit murder for hire, we, the Jury, find the defendant, Lenard White,

   GUILTY __X__      NOT GUILTY _____

*If you find Lenard White guilty as charged in Count One, you must consider paragraph 1A, below. If you find Lenard White not guilty as charged in Count One, do not consider paragraph 1A.*

1A. We, the Jury, having found the defendant, Lenard White, guilty of the offense charged in Count One, further find that with respect to Count One, the death of Isabella Scavelli resulted from the conspiracy to commit murder for hire.

   YES __X__      NO _____

**Count Two of the Superseding Indictment**

2. As to the offense of murder for hire, we, the Jury, find the defendant, Lenard White,

GUILTY __X__   NOT GUILTY ____

*If you find Lenard White guilty as charged in Count Two you must consider paragraph 2A, below. If you find Lenard White not guilty as charged in Count Two, do not consider paragraph 2A.*

2A. We, the Jury, having found the defendant, Lenard White, guilty of the offense charged in Count Two, further find that with respect to Count Two, the death of Isabella Scavelli resulted from the murder for hire.

YES __X__   NO ____

**Count Three of the Superseding Indictment**

3. As to the offense of aiding and abetting possession of a firearm in furtherance of Count Two (murder for hire), and using, brandishing, or discharging same during and in relation to Count Two, we, the Jury, find the defendant, Lenard White,

GUILTY __X__   NOT GUILTY ____

*If you find Lenard White guilty as charged in Count Three, you must consider paragraphs 3A and 3B below. If you find Lenard White not guilty as charged in Count Three, do not consider paragraphs 3A and 3B.*

3A. We, the Jury, having found the defendant, Lenard White, guilty of the offense charged in Count Three, further find that in the course of the violation, the defendant caused the death of Isabella Scavelli through the use of a firearm.

YES __X__          NO ____

*If you find Lenard White caused the death of Isabella Scavelli through the use of a firearm, you must consider paragraph 3B, below. If you do not find Lenard White caused the death of Isabella Scavelli through the use of a firearm, do not consider paragraph 3B.*

3B. We, the Jury, having found the defendant, Lenard White, guilty of the offense charged in Count Three and having found that the defendant caused the death of Isabella Scavelli through the use of a firearm, further find:

The killing was a first degree murder

YES __X__          NO ____

**Count Four of the Superseding Indictment**

4. As to the offense of aiding and abetting the use, carrying, brandishing, or discharge of a firearm during and in relation to Count Two (murder for hire), we, the Jury, find the defendant, Lenard White,

GUILTY __X__          NOT GUILTY ____

*If you find Lenard White guilty as charged in Count Four, you must consider paragraphs 4A and 4B, below. If you find Lenard White not guilty as charged in Count Four, do not consider paragraphs 4A and 4B.*

3

4A. We, the Jury, having found the defendant, Lenard White, guilty of the offense charged in Count Four, further find that with respect to Count Four, the defendant brandished a firearm or aided and abetted same.

YES __X__        NO ____

4B. We, the Jury, having found the defendant, Lenard White, guilty of the offense charged in Count Four, further find that with respect to Count Four, the defendant discharged a firearm or aided and abetted same.

YES __X__        NO ____

**Count Five of the Superseding Indictment**

As to the offense of conspiracy to distribute or to possess with intent to distribute marijuana or cocaine, we, the Jury, find the defendant, Lenard White,

GUILTY __X__        NOT GUILTY ____

If you find guilty, check if the object of this conspiracy was (one or both):

Marijuana __X__        Cocaine __X__

**Count Seven of the Superseding Indictment**

As to the offense of witness tampering, we, the Jury, find the defendant, Lenard White,

GUILTY __X__        NOT GUILTY ____

4

**Count Eight of the Superseding Indictment**

As to the offense of obstruction of justice, we, the Jury, find the defendant, Lenard White,

GUILTY __X__          NOT GUILTY ____

**Count Nine of the Superseding Indictment**

As to the offense of obstruction of justice, we, the Jury, find the defendant, Lenard White,

GUILTY __X__          NOT GUILTY ____

SO SAY WE ALL, this 28 day of October 2025.

███████████████
FOREPERSON